CHARLES A. JACKSON

NO: 1101342

MARK STILES 3060 FM 3514

BEAUMONT, TEXAS 77705

79,910-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 16 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS

OF TEXAS

P.O. BOX 12308 CAPITOL STATION,

AUSTIN, TEXAS 78711

WRIT: C-1-010414-0810273-B

WRIT NO: C-1-010414-0810273-B

DATE: 12-13-15

TIME: 6:44 PM

RE: APPLICANT NOT ADVISED OF THE DENIAL OF HIS WRIT APPLICATION.

DEAR ABEL ACOSTA, CLERK

I CHARLES ALFRED JACKSON, THE PROSE APPLICANT IN THE ABOVE NUMBERED WRIT APPLICATION MAKES THIS OFFICIAL COMPLAINT AND NOW ADVISES THE CLERK AND THE COURT THAT THE APPLICANT HAS NOT BEEN NOTIFIED OF THE DENIAL OF HIS WRIT APPLICATION BY THIS COURT.

THE APPLICANT'S SISTER JUDITH K. GOODWIN CONTACTED THIS COURT BY PHONE REGUARDING THE STATUS OF APPLICANT'S WRIT AND WAS TOLD THAT THE WRIT WAS DENIED ON NOVEMBER 11th 2015. it was only when the APPLICANT'S SISTER CONTACTED THIS COURT THAT THE APPLICANT FOUND OUT ABOUT THE DENIAL OF HIS WRIT APPLICATION. THE CLERK WITH WHOM MY SISTER SPOKE WITH STATED THAT HE WOULD GET NOTICE OUT TO ME IMMEADITLY. TO THIS DATE THE APPLICANT STILL HAS NOT BEEN NOTIFIED BY THIS COURT. THE APPLICANT ALSO SPOKE WITH THE UNIT MAIL ROOM ON HIS UNIT AND WAS TOLD THAT NO LEGAL MAIL HAD COME IN FOR HIM FROM THE COURT OF CRIMINAL APPEALS OF TEXAS. THE APPLICANT WOULD ASK THIS COURT TO NOTIFY HIM OF THE STATUS OF HIS APPEAL AS REQUIRED BY LAW. THANK YOU

FILE DATE STAMP RETURN

Respectfully Submitted

Charles Jackson